UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

**ST. JOHNS RIVERKEEPER, INC.**
    Plaintiff

vs.   Case No. 3:07-cv-739-J-34TEM

**JACKSONVILLE ELECTRIC AUTHORITY, etc.**
    Defendant.
_____

**THE PUBLIC TRUST ENVIRONMENTAL
LAW INSTITUTE OF FLORIDA, INC.**
    Plaintiff

vs.   Case No. 3:07-cv-747-J-34JBT

**JACKSONVILLE ELECTRIC AUTHORITY, etc.**
    Defendant.
_____

## NOTICE OF DISMISSAL WITH PREJUDICE

Come now plaintiffs, and notify the court that the parties have agreed to the selection of an expert to review the remedial aspects of their settlement agreement as required by the settlement agreement. Accordingly, in accordance with the settlement agreement of the parties herein, plaintiffs hereby dismiss this case with prejudice.

    Bledsoe Jacobson Schmidt Wright
    Lang & Wilkinson

    */s/ Kenneth B. Wright*
    _____
    Kenneth B. Wright, Esquire
    Florida Bar No.: 0893791
    1301 Riverplace Blvd., Suite 1818

        Jacksonville, FL 32207
Telephone: (904) 398-1818
Facsimile: (904) 398-7073
Attorney for Plaintiff
Email: Ken@jacobsonwright.com


River City Law


*/s/ Michael L. Howle*
_____
Michael L. Howle, Esquire
Florida Bar No.: 18137
River City Law
1506 King Street
Jacksonville, FL 32204
Attorney for St. Johns Riverkeeper, Inc.


**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and accurate copy of the foregoing has been served electronically upon Cindy Laquidara, Esquire, City of Jacksonville, General Counsel's Office, 117 W Duval St, Suite 480, Jacksonville, FL 32202 through the United States District Court, Middle District of Florida, CM/ECF filing system on this 20th day of December, 2010.

        /s/ Kenneth B. Wright
_____
        Kenneth B. Wright, Esquire